[None]

# UNITED STATES
# v.
# JEAN MARIE OULE

1806

### Journal Entries

1. Indictment delivered . . . . . . . . *Journal, infra,* *p. 22
2. Arraignment; plea; jurors; verdict . . . . . . . " 23
3. Sentence . . . . . . . . . . . . " 25
4. Amended sentence . . . . . . . . . . . " 27